Leaverne C. Weaver, Plaintiff-Appellant, v. Illinois Bell Telephone Company, a Corporation, and Roland L. Kelsey, Defendants-Appellees.

Gen. No. 68–189. 

Second District.

September 22, 1969.

Rehearing denied and supplemental opinion November 20, 1969.

John D. Hayes and John Powers Crowley, of Chicago, for appellant; Sidley and Austin, of Chicago, and Caldwell, Berner and Caldwell, of Woodstock, for appellees. Opinion by JUSTICE SEIDENFELD. Not to be published in full.